Xhavin Sinha (CA # 309340)
SINHA LAW
3901 Lick Mill Blvd., Suite 356
Santa Clara, CA 95054
Telephone: (408) 791-0432
Email: xsinha@sinha-law.com


Attorney for Plaintiff
RADUS TEK SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RADUS TEK SERVICES, INC., a New Jersey Corporation, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>IDC TECHNOLOGIES, INC., a California corporation; PRATEEK GATTANI, an individual; TATA CONSULTANCY SERVICES LTD., an Indian corporation; and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 5:24-cv-04793-PCP<br><br>**APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS IDC TECHNOLOGIES, INC., AND PRATEEK GATTANI** |

To the Clerk of the United States District Court for the Northern District of California: As provided by Rule 55 of the Federal Rules of Civil Procedure, Plaintiff RADUS TEK SERVICES, INC. ("Plaintiff") hereby requests that the Clerk enter the default of Defendants IDC TECHNOLOGIES, INC. and PRATEEK GATTANI for failure to plead or otherwise defend against this action in a timely manner.

1. As evidenced by the proof of service filed with this Court on October 11, 2024 (Dkt. Nos. 18-19), Defendant IDC Technologies, Inc. was served on October 2, 2024, pursuant to Rule 4(h) of the Federal Rules of Civil Procedure. Service was deemed complete on October 2, 2024.

2. The applicable time limit for IDC Technologies, Inc. to appear or otherwise respond to this action expired on October 23, 2024.

3. As evidenced by the proof of service filed with this Court on October 11, 2024 (Dkt. Nos. 18-19) and Attachment A, Defendant Prateek Gattani was served on October 2, 2024, pursuant to Rule 4(e) of the Federal Rules of Civil Procedure. Service was deemed complete on October 2, 2024.

4. The applicable time limit for Prateek Gattani to appear or otherwise respond to this action expired on October 23, 2024.

5. The above-named Defendants have failed to plead or otherwise respond to the complaint. This request is based on the attached Declaration of Counsel for Plaintiff.

6. While Plaintiff has filed amended complaints in this action, Defendants IDC Technologies, Inc. and Prateek Gattani have never appeared and were properly served with the original Complaint. Plaintiff seeks entry of default based on Defendants' failure to respond to the original Complaint served upon them.

7. Plaintiff's original Complaint filed on August 7, 2024, contained eight causes of action against Defendants IDC Technologies, Inc. and Prateek Gattani, specifically: (1) Breach of Contract, (2) Breach of the Implied Covenant of Good Faith and Fair Dealing, (3) Services Rendered, (4) Account Stated, (5) Open Book Account, (6) Promissory Estoppel, (7) Intentional Misrepresentation, and (12) Violation of Bus. & Prof. Code § 17200 et seq. While Plaintiff subsequently filed a First Amended Complaint on September 12, 2024, and a Second Amended Complaint on March 17, 2025, these amended pleadings were not served on the non-appearing Defendants. Claim (12) was removed from the amended pleadings against Defendants IDC Technologies, and Prateek Gattani.

8. Plaintiff seeks entry of default based solely on Defendants' failure to respond to the original Complaint that was properly served upon them. Plaintiff does not seek default judgment on any new claims for relief that may have been added in the amended complaints.

9. Pursuant to Federal Rule of Civil Procedure 5(a)(2), no service of the amended complaints was required on Defendants who are in default for failing to appear, as Plaintiff is not asserting any new claims for relief against them beyond those contained in the original Complaint.

Dated: June 27, 2025,                    Respectfully,


By: _____
Xhavin Sinha (CA Bar #309340)
SINHA LAW
3901 Lick Mill Blvd. Ste. 356
Santa Clara, CA 95054
Tel.: 408-791-0432
Attorney for Plaintiff Radus Tek Services, Inc.

## DECLARATION OF COUNSEL FOR PLAINTIFF

I, Xhavin Sinha, hereby declare and state as follows:

1. I am the attorney for Plaintiff in this action. If called as a witness, I could and would competently testify thereto.

2. Defendant IDC Technologies, Inc. was served by personal service pursuant to Rule 4(h) of the Federal Rules of Civil Procedure on October 2, 2024, as evidenced by the proof of service filed with this Court on October 11, 2024 (Dkt. No. 18).

3. Under Rule 12, Defendant IDC Technologies, Inc. was required to plead or otherwise respond to Plaintiff's complaint by October 23, 2024. The time to plead or otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the Court.

4. Defendant IDC Technologies, Inc. has failed to serve or file a pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint has expired.

5. Defendant IDC Technologies, Inc. is a corporation and is not a minor or an incompetent person.

6. Defendant IDC Technologies, Inc. is a corporation; therefore, the Servicemembers Civil Relief Act does not apply.

7. Defendant Prateek Gattani was served by personal service pursuant to Rule 4(e) of the Federal Rules of Civil Procedure on October 2, 2024, as evidenced by the proof of service filed with this Court on October 11, 2024 (Dkt. No. 19).

8. Under Rule 12, Defendant Prateek Gattani was required to plead or otherwise respond to the complaint by October 23, 2024. The time to plead or otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the Court.

9. Defendant Prateek Gattani has failed to serve or file a pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint has expired.

10. Defendant Prateek Gattani is not a minor or an incompetent person.

11. Upon information and belief, Defendant Prateek Gattani is not currently in the military service of the United States. Plaintiff's attorney was unable to find Defendant Prateek Gattani on the Servicemembers Civil Relief Act website after doing a search. Further, this belief is based on

the fact that Defendant Gattani is the majority shareholder, the only Director, the Chief Operating Officer, the Secretary and the Chief Financial Officer for IDC Technologies, Inc., as well as Chairman of the Board for Atlantic International Corporation, positions incompatible with active military service.

12. Defendant Tata Consultancy Services Ltd., the only defendant to appear in this action, was voluntarily dismissed by Plaintiff on June 9, 2025 (Dkt. No. 40).

13. I have reviewed the docket in this case and confirm that neither Defendant IDC Technologies, Inc. nor Defendant Prateek Gattani has filed any pleading or otherwise appeared in this action.

14. Locating and personally serving Defendants IDC Technologies, Inc. and Prateek Gattani proved exceptionally difficult, requiring several months of diligent efforts. Despite these challenges, Plaintiff successfully completed service on both Defendants on October 2, 2024.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 27, 2025, in Santa Clara, California.

Dated: June 27, 2025,                           Respectfully,


By: _____
Xhavin Sinha (CA Bar #309340)
SINHA LAW
3901 Lick Mill Blvd. Ste. 356
Santa Clara, CA 95054
Tel.: 408-791-0432
Attorney for Plaintiff Radus Tek Services, Inc.

# ATTACHMENT A

| *Attorney or Party without Attorney:*<br>Xhavin Sinha<br>3901 Lick Mill Blvd<br>Suite 356<br>Santa Clara, CA 95054<br>*Telephone No:* (408) 791-0432 | | *For Court Use Only* |
|---|---|---|
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*

U.S. District Court, Northern District of California

*Plaintiff:* Radus Tek Services, Inc.

*Defendant:* IDC Technologies, Inc., Prattek Gattani, et al.

| **PROOF OF SERVICE**<br>**Summons in a Civil Action** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>5:24-cv-04793 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet(blank) ADR Certification By Parties And Counsel

*3. a. Party served:*    IDC Technologies, Inc., a California corporation, by serving Prateek Gattani, as Agent for Service

   *b. Person served:*    Prateek Gattani

*4. Address where the party was served:*    642 Troon Court
Milpitas, CA 95035

*5. I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., Oct. 02, 2024 (2) at: 2:22PM

7. ***Person Who Served Papers:***                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Ronin Olson                                      d. ***The Fee*** *for Service was:*    $42.50
   **b. Bender's Legal Service, Inc.**                  e. I am: (3) registered California process server
   1625 The Alameda                                        *(i)*   Independent Contractor
   Suite 511                                               *(ii)*  *Registration No.:*      PS1852
   San Jose, CA 95126                                      *(iii)* *County:*               Santa Clara
   c. 408 286-4182, FAX 408 298-4484                       *(iv)*  *Expiration Date:*      Thu, Jan. 29, 2026

8. ***I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.***
   Date: Thu, Oct. 03, 2024

                                                                                      (Ronin Olson)

| *Attorney or Party without Attorney:* <br> Xhavin Sinha <br> 3901 Lick Mill Blvd <br> Suite 356 <br> Santa Clara, CA 95054 <br> *Telephone No:* (408) 791-0432 | | *For Court Use Only* |
|---|---|---|
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*

 U.S. District Court, Northern District of California

*Plaintiff:* Radus Tek Services, Inc.

*Defendant:* IDC Technologies, Inc., Prattek Gattani, et al.

| **PROOF OF SERVICE** <br> **Summons in a Civil Action** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* <br> 5:24-cv-04793 |
|---|---|---|---|---|

*1.  At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet(blank) ADR Certification By Parties And Counsel

3.  *a. Party served:*          Prateek Gattani, an individual
    *b. Person served:*        Prateek Gattani

4.  *Address where the party was served:*          642 Troon Court
                                                    Milpitas, CA 95035

5.  *I served the party:*
    a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., Oct. 02, 2024 (2) at: 2:22PM

7.  ***Person Who Served Papers:***
    a. Ronin Olson
    **b. Bender's Legal Service, Inc.**
       1625 The Alameda
       Suite 511
       San Jose, CA 95126
    c. 408 286-4182, FAX 408 298-4484

Recoverable Cost Per CCP 1033.5(a)(4)(B)
d.  *The Fee for Service was:*   $42.50
e.  I am: (3)  registered California process server
       *(i)*   Independent Contractor
       *(ii)*  *Registration No.:*      PS1852
       *(iii)* *County:*                Santa Clara
       *(iv)*  *Expiration Date:*       Thu, Jan. 29, 2026

8.  ***I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.***
    **Date: Thu, Oct. 03, 2024**

## PROOF OF SERVICE

I, Xhavin Sinha, hereby declare:

At the time of service, I was over 18 years of age and not a party to this action. My business address is Sinha Law, 3901 Lick Mill Blvd., Suite 356, Santa Clara, California, 95054.

On June 27, 2025 I served the following documents(s) in the Northern District of California Case No. 5:24-CV-04793-PCP (Radus Tek Services, Inc. v. IDC Technologies et. al.):

1.      **APPLICATION FOR ENTRY OF DEFAULT** (dated June 27, 2025).

by placing a true copy thereof enclosed in a sealed envelope, and/or electronically, and served in the manner and/or manners described below to each of the parties herein and addressed as below:

        Prateek Gattani      prateek@idctechnologies.com
        IDC Technologies    idcapsupport@idctechnologies.com

☒ **BY ELECTONIC MAIL**: I caused said document(s) to be transmitted to the email address(es) of the addressee(s) designated.

        IDC Technologies and Prateek Gattani
        642 Troon Court
        Milpitas, CA 95035

☒ **BY MAIL**: I caused said document(s) to be transmitted to the address(es) of the addressee(s) designated.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on June 27, 2025, at Santa Clara, California.

Respectfully Submitted

*Xhavin Sinha*

_____
XHAVIN SINHA
Attorney for Plaintiff
RADUS TEK SERVICES